IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANKLIN LYNCH,                                         No. C 13-05629 DMR (PR)

      Plaintiff,                                              **JUDGMENT**

  v.

JERRY BROWN, et al.,

      Defendants.
_____/

For the reasons set forth in this Court's Order Directing Clerk of the Court to Reclassify Case as Habeas Action; to Transfer $5.00 Filing Fee from Case No. C 14-0048 WHA (PR); and to Terminate Action,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order and Plaintiff's March 20, 2014 notice of voluntary dismissal, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: April 9, 2014

DONNA M. RYU
United States Magistrate Judge

P:\PRO-SE\DMR\HC.13\Lynch5629.jud.wpd